# manatt

Brian Turoff
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 704-1983
BTuroff@manatt.com

July 28, 2020

**VIA ECF**

Hon. Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Pottash v. Hello Living, LLC et al.*,
             <u>Civil Action No. 1:19-cv-04530-RPK-SJB</u>

Dear Judge Kovner:

      Christopher Katsimagles and I of Manatt, Phelps & Phillips, LLP (collectively "Manatt") previously appeared in the above-referenced action on behalf of Defendants Hello Living, LLC, Eli Karp and Mike Woodson (collectively "Defendants"). Further to the presently-pending Consent to Change Attorneys, filed with the Court on July 9, 2020 (Dkt No. 29), Manatt respectfully submits this letter to request leave to withdraw as attorneys for Defendants and to be terminated from the docket. As the Court may be aware, on July 9, 2020, attorney Victor Worms appeared for Defendants (Dkt No. 30) in this matter in place of Manatt.

      Manatt will not be asserting a retaining or charging lien and, as additional counsel has appeared for Defendants, Manatt's withdrawal will not affect any upcoming dates or the posture of this matter.

      We thank the Court for its time and attention to this matter.

                                     Respectfully Submitted,

                                     /s/ *Brian Turoff*

                                   Brian Turoff

CC:    All Counsel of Record via ECF

7 Times Square, New York, New York 10036  Telephone: 212.790.4500  Fax: 212.790.4545

Albany | Boston | Chicago | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.