# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.504.8363

Fax. 212.473.8705

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

February 17, 2021

**VIA ECF**
Magistrate Judge Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 4E-N
Brooklyn, New York 11201

      Re:   *Ayelet Pottash v. Hello Living, LLC, et al.*
                <u>Civ. No.: 19-cv-04530 (RPK)(SJB)</u>

Dear Judge Bulsara:

    The undersigned represents Plaintiff Ayelet Pottash ("Plaintiff"), in the above-referenced matter.

    We write to inform the Court that we are amenable to a settlement conference before the Court in late April or early May, and to pause discovery until such time as the settlement conference has been held. As agreed however, we want to schedule the depositions of Mike Woodson and Eli Karp to take place within 30 days after the settlement conference, in the event that settlement is not achieved.

    We thank the Court for its time and attention to this matter and its consideration of having a settlement conference for the Parties.

                                      Respectfully submitted,

                                      GODDARD LAW PLLC

                                      <u>/s/ Megan S. Goddard</u>
                                      By: Megan S. Goddard, Esq.

cc: All Counsel of Record (via ECF)