LAW OFFICES OF

# VICTOR A. WORMS

48 Wall Street, SUITE 1100
NEW YORK, NY 10005
TELEPHONE: (212) 374-9590
FACSIMILE: (212) 591-6188

WRITERS EMAIL
VWORMS@VICTORAWORMSPC.COM

June 4, 2021

<u>VIA ECF</u>
Hon. Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Ayelet Pottash v. Hello Living, LLC, et. al.*
<u>Case No. 19-cv-04530 (RPK)(SJB)</u>

Dear Magistrate Bulsara:

I am the attorney for the defendants in the above-referenced action. I write to provide the Court with a status report of the parties' progress on reducing to writing the settlement, which was arrived at on May 5, 2021, between the parties.

I am pleased to inform the Court that plaintiff's counsel has provided defendants' counsel with a draft of the proposed written settlement agreement, and that draft is acceptable to defendants' counsel, with one minor exception.

Defendants' counsel has requested a ten (10) day notice to cure any default on an installment of payment of the settlement amount, and plaintiff's counsel has indicated that she is agreeable to a one-week cure period.

It is my belief that the parties should be able to resolve this one minor issue in the draft written settlement agreement.

Respectfully submitted,

Victor A. Worms

cc: All Counsel (via ECF)