# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.504.8363

Fax. 212.473.8705

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

June 23, 2021

<u>**VIA ECF**</u>
Magistrate Judge Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 4E-N
Brooklyn, New York 11201

   Re: <u>**Ayelet Pottash v. Hello Living, LLC et. al**</u>
     <u>**Case No. 19-cv-04530 (RPK)(SJB)**</u>

Dear Judge Bulsara:

  This firm is counsel to Plaintiff Ayelet Pottash in the above reference matter. We write to update the Court regarding the status of executing the settlement agreement.

  On May 5, 2021, the Parties attended a settlement conference. At the conference, the Parties were able to come to an agreement in principle. To enforce the settlement in principle, the Court ordered that the Parties update the Court on the progress of reducing the agreement to writing on June 4, 2021, execute the agreement by June 21, 2021, and file a stipulation of dismissal on July 5, 2021. *See* Dkt. Minute Entry dated May 5, 2021.

  The Parties filed a joint letter on June 4, 2021. Dkt. 52. On June 16, 2021, Plaintiff executed the agreed upon settlement documents and provided the executed agreement to Defendants' Counsel. On June 21, 2021, Defendants' Counsel informed us that while Defendants Hello Living LLC and Eli Karp executed the agreement by the ordered deadline, Defendant Mike Woodson has expressed his desire to have the agreement reviewed by an outside attorney. Victor A. Worms, the counsel of record, has expressed that he advised Defendant Woodson of the Court ordered deadline to sign the agreement. In response, we reminded Defendants' Counsel of the Court ordered deadline and informed him that we would update the Court.

            Respectfully submitted,

            GODDARD LAW PLLC

            */s/ Megan S. Goddard*

cc: All Counsel of Record (via ECF)  By: Megan S. Goddard, Esq.